IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MALCOLM SMITH,

   Plaintiff,

  v.

BANK OF AMERICA, N.A.,

   Defendant.

CIVIL ACTION FILE
NO. 1:13-CV-791-TWT

**ORDER**

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 9] of the Magistrate Judge recommending dismissing the action for failure to comply with Orders of the Court and failure to effectuate service upon the Defendant. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 4 day of August, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge